Gilbert Law PLLC
Jake Gilbert SBN 293419
99 Wall Street, #1748
New York, NY  10005
646-580-6733

Representing: Plaintiff							File No. 0022.001 Eli Felber

# UNITED STATES DISTRICT COURT
United States District Court for the Southern District of New York

|  |  |
|---|---|
| Eli Jacob Felber ) | Case No. 1:24-cv-08237 |
| **Plaintiff/Petitioner** ) |  |
| ) | Proof of Service of: |
| vs. ) | Summons, Complaint, Civil Cover Sheet, Order, Individual |
| ) | Rules and Procedures for Civil Cases |
| Wells Fargo Bank, N.A. ) |  |
| **Defendant/Respondent** ) | Service on: |
| ) | Wells Fargo Bank, N.A. |
| ) |  |
| ) |  |

Hearing Date:

Hearing Time:

Div/Dept:

PROOF OF SERVICE

Order # 24089555

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>Gilbert Law PLLC<br>Jake Gilbert SBN 293419<br>99 Wall Street #1748<br>New York, NY 10005<br>TELEPHONE NO: 646-580-6733   FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: jake@gilbertlaw.co<br>ATTORNEY FOR *(Name)*: Plaintiff | FOR COURT USE ONLY |
|---|---|
| *Insert name of court, judicial district or branch court, if any:*<br>United States District Court for the Southern District of New York<br>500 Pearl St<br>New York, NY 10007 | |
| PLAINTIFF / PETITIONER: Eli Jacob Felber<br>DEFENDANT / RESPONDENT: Wells Fargo Bank, N.A. | CASE NUMBER:<br>1:24-cv-08237 |
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>12127709 (24089555) |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Summons, Complaint, Civil Cover Sheet, Order, Individual Rules and Procedures for Civil Cases

2. Party Served: Wells Fargo Bank, N.A.

3. Person Served: CSC Lawyers Incorporating Service - Maddie Bright

4. Date & Time of Delivery: November 6, 2024 at 1:34 pm PST

5. Address, City and State: 2710 Gateway Oaks Drive Suite 150N Sacramento, CA, 95833

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for service: $40.00

Registered California process server.
Tyler Di Maria
County: Sacramento
Registration No.: 2006-006

InfoTrack US, Inc. - P000634
1400 North McDowell Blvd Suite 300,
Petaluma, CA  94954
800-938-8815

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

_Tyler Di Maria_

Date: November 6, 2024

**PROOF OF SERVICE**

1 of 1
Order #24089555